UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Mohit KUMAR,<br><br>                    Petitioner,<br><br>v.<br><br>Camilla WAMSLEY et al.,<br><br>                    Respondents. | Case No. 2:25-cv-01772-JHC-BAT<br><br>**STIPULATION & ORDER**<br><br>**Noting Date:** October 1, 2025 |

  The Parties, by and through their counsel of record, jointly submit and stipulate to extend the temporary restraining order (TRO) as revised below, and to revise the briefing schedule on Respondents' return and motion to dismiss.  The Parties note that the proposal below is consistent with the extension of the TRO in a related matter that presents similar issues.  *See Ramirez Tesara v. Wamsley*, No. 2:25-cv-01723-KKE-TLF (W.D. Wash. Sept. 26, 2025), Dkt. 24.  They have agreed to a revised briefing schedule as part of negotiations to extend the TRO.  The Parties thus respectfully submit that good cause exists for revision of the current briefing schedule, which will avoid further emergency litigation while also ensuring that this matter reaches an expeditious resolution.  *See* 28 U.S.C. § 2243.

Respectfully submitted this 1st of October, 2025.

s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

s/ Leila Kang
Leila Kang, WSBA No. 48048
leila@nwirp.org

s/ Glenda M. Aldana Madrid
Glenda M. Aldana Madrid, WSBA No. 46987
glenda@nwirp.org

s/ Aaron Korthuis
Aaron Korthuis, WSBA No. 53974
aaron@nwirp.org

NORTHWEST IMMIGRANT
RIGHTS PROJECT
615 Second Ave., Suite 400
Seattle, WA 98104
(206) 957-8611

*Counsel for Petitioner*

REBECCA S. COHEN
Acting United States Attorney

s/ Lyndsie R. Schmalz
LYNDSIE R. SCHMALZ, CA #285004
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-2687
Fax: (206) 553-0755
Email: lyndsie.r.schmalz@usdoj.gov

*Counsel for Federal Respondents*

STIP. & ORDER
Case No. 2:25-cv-01772-JHC-BAT

**ORDER**

The Temporary Restraining Order, Dkt. 11, is hereby extended until the Court issues an order on the pending petition for a writ of habeas corpus in the matter. Accordingly, the Court ORDERS as follows: Respondents and all their officers, agents, servants, employees, attorneys, and persons acting on their behalf, in active concert or participation with them:

- shall maintain Petitioner's release from custody under the conditions of his release prior to his re-arrest; and
- are prohibited from re-detaining Petitioner without prior approval from this Court unless Petitioner is arrested on new criminal charges or in the event of an extremely compelling and urgent public safety threat.

In addition, the Court ORDERS that the briefing schedule on this matter is amended as follows:

- Petitioner's traverse and response to the motion to dismiss is due October 9, 2025
- Respondents' reply in support of their motion to dismiss is due October 12, 2025
- The Clerk shall re-note this matter for the Court's consideration on October 12, 2025.

It is so **ORDERED**.

DATED this 1st day of October, 2025.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE