UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOHIT KUMAR,<br><br>                Petitioner,<br><br>    v.<br><br>CAMILLA WAMSLEY, *et al.*,<br><br>                Respondents. | Case No. 2:25-cv-01772-JHC<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY<br><br>Noted for Consideration:<br>October 2, 2025 |

## **JOINT STIPULATION**

The Parties, through undersigned counsel, jointly file this stipulation asking the Court to extend the deadline for the filing of Respondents' Reply to Petitioner Kumar's Response to Respondent's motion to dismiss (Dkt. 12) until October 14, 2025.

The parties' Stipulation and Proposed Order requesting an extension of the temporary restraining order and revision of the briefing schedule requested that the Court set Respondents' reply deadline for Sunday, October 12, 2025. Setting the reply deadline on a Sunday was an oversight on Respondents' part. Furthermore, the following Monday, October 13, 2025, is Columbus Day, a federal holiday. Therefore, the parties submit there is good cause for a brief extension of Respondents' time to file their reply briefing and have stipulated to extend that

1  deadline until the next day that is not a Sunday or legal holiday, October 14, 2025.  The parties

2  further request that the noting date be extended to October 14, 2025.

3  **SO STIPULATED.**

4  DATED this 2nd day of October, 2025.

5  Respectfully submitted,

| | |
|---|---|
| REBECCA S. COHEN<br>Acting United States Attorney | NORTHWEST IMMIGRANT RIGHTS PROJECT |
| *s/ Lyndsie R. Schmalz*<br>LYNDSIE R. SCHMALZ, CA No. 285004<br>Assistant United States Attorneys<br>United States Attorney's Office<br>Western District of Washington<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone:  206-553-7970<br>Fax:      206-553-4067<br>Email:   lyndsie.r.schmalz@usdoj.gov<br><br>*Attorneys for Respondents*<br><br>I certify that this memorandum contains 155 words, in compliance with the Local Civil Rules. | *s/ Matt Adams*<br>MATT ADAMS, WSBA No. 28287<br><br>*s/ Aaron Korthius*<br>AARON KORTHIUS, WSBA No. 53974<br><br>*s/ Leila Kang*<br>LEILA KANG, WSBA No. 48048<br><br>*s/ Glenda M. Aldana Madrid*<br>GLENDA M. ALDANA MADRID, WSBA No. 46987<br>615 Second Ave., Suite 400<br>Seattle, Washington 98104<br>Phone: 206-957-8611<br>Email: matt@nwirp.org<br>Email: aaron@nwirp.org<br>Email: leila@nwirp.org<br>Email: glenda@nwirp.org<br><br>*Attorneys for Plaintiff* |

STIPULATED MOTION AND ORDER FOR
EXTENSION OF TIME TO FILE REPLY
[Case No. 2:25-cv-01772-JHC] - 2

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Respondents shall file their Reply brief by October 14, 2025, which shall also be the noting date.

DATED this 2nd day of October, 2025.

JOHN H. CHUN
United States District Judge