UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Mohit KUMAR,

                Petitioner,

    v.

Julio HERNANDEZ et al.,

                Respondents.

Case No. 2:25-cv-01772-JHC

**ORDER ON UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE MOTION FOR FEES AND COSTS UNDER EAJA**

Petitioner requests that the Court grant his motion to extend the deadline to file a petition for attorney fees under the Equal Access to Justice Act (EAJA) from July 2, 2026 to July 16, 2026. Dkt. # 28. Respondents do not oppose the motion.

Finding good cause for an extension, the Court GRANTS Petitioner's unopposed motion. Petitioner shall file any motion for attorney's fees under EAJA on or before July 16, 2026.

Dated this 6th day of July, 2026.

John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER ON UNOPPOSED MOT. FOR EXTENSION OF
DEADLINE TO FILE MOT. FOR FEES AND COSTS
UNDER EAJA - 1
Case No. 2:25-cv-01772-JHC