UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Mohit KUMAR,<br>Petitioner,<br>v.<br>Julio HERNANDEZ et al.,<br>Respondents. | Case No. 2:25-cv-01772-JHC<br>**STIPULATED MOTION & ORDER FOR STAY OF PETITIONER'S MOTION FOR ATTORNEY'S FEES AND COSTS**<br>Note on Motion Calendar:<br>July 31, 2026 |

For good cause, Petitioner and Federal Respondents, by and through their counsel of record, jointly stipulate to stay Petitioner's motion for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Dkt. # 30), until 60 days after the Supreme Court issues its decision in *Montoya Palacios v. Liggins*, No. 25-1223.

The Court granted Petitioner's habeas petition on January 30, 2026, and entered judgment on February 18, 2026. *See* Dkts. 21 & 22. Petitioner filed his motion for attorney's fees and costs pursuant to 28 U.S.C. § 2412(d)(1)(B) on July 16, 2026, and his motion is noted on the Court's calendar for August 6, 2026. Dkt. # 30.

The EAJA provides that a party who prevails against the government "in any civil action (other than cases sounding in tort)" may seek an award of fees and costs. 28 U.S.C. § 2412(d)(1)(A)–(B). On June 29, 2026, the Supreme Court granted certiorari in *Montoya*

*Palacios*, on the issue of whether the phrase "any civil action" in the EAJA encompasses an action seeking a writ of habeas corpus to challenge civil immigration detention. The parties have conferred and agree that staying Petitioner's motion for attorney's fees and costs pursuant to EAJA until after the Supreme Court decides *Montoya Palacios* would promote judicial efficiency and conserve judicial resources. Accordingly, the parties respectfully request that the Court stay Petitioner's motion for fees until 60 days after the Supreme Court issues its decision in *Montoya Palacios*.

Respectfully submitted this 31st day of July 2026.

s/ Glenda M. Aldana Madrid
Glenda M. Aldana Madrid, WSBA No. 46987
glenda@nwirp.org

s/ Matt Adams
Matt Adams, WSBA No. 28287
matt@nwirp.org

s/ Leila Kang
Leila Kang, WSBA No. 48048
leila@nwirp.org

s/ Amanda Ng
Amanda Ng, WSBA No. 57181
amands@nwirp.org

*Counsel for Petitioner*

*s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney for the Western District of Washington
5200 United States Courthouse
700 Stewart Street
Seattle, WA 98101
Phone: (206) 553-7970
Email: brian.kipnis@usdoj.gov

*Attorney for Federal Respondents*

I certify that this memorandum contains 247 words, in compliance with the Local Civil Rules.

**The parties having stipulated and agreed, IT IS SO ORDERED.**

The Court DIRECTS the Clerk to terminate the motion at Dkt. # 30. If and when appropriate, Petitioner may ask the Court to re-note the motion.

DATED this 31st day of July, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge